UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL LEE CARPENTER,

        Plaintiff,

v.

WASHINGTON STATE
DEPARTMENT OF CORRECTIONS,

        Defendant.

CASE NO. 3:22-cv-05020-RJB-JRC

REPORT AND RECOMMENDATION

NOTED FOR: April 22, 2022

This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

Plaintiff initiated this matter in January 2022 by filing a motion to proceed *in forma pauperis* ("IFP") and proposed complaint. Dkt. 1. The Court reviewed his filing and directed plaintiff to show cause or amend his complaint. *See* Dkt. 4.

Plaintiff filed an amended proposed complaint on January 26, 2022, this time naming as defendants "WA. DOC Doctor John Doe #1" and "WA. DOC Doctor John Doe #2." Dkt. 5, at 1. The Court again screened plaintiff's filing, pursuant to 28 U.S.C. § 1915(e) and 1915A. Dkt. 6. The Court stated the following:

> Here, the complaint fails to plausibly allege deliberate indifference by defendants and also fails to provide specific enough information for the Court to serve the complaint, even if it included viable claims.
>
> The Court will again offer plaintiff an opportunity to amend his proposed complaint to correct the deficiencies identified in this Order. If plaintiff chooses to do so, he must file his amended proposed complaint on the Court's form on or before **March 18, 2022**. Failure to do so or to comply with the Court's Order will result in dismissal of this matter without prejudice.

Dkt. 2, at 1–2.

Notwithstanding these instructions, the deadline for plaintiff to respond to the show cause order has passed with no additional filings from plaintiff. Therefore, this case should be dismissed without prejudice for failure to prosecute and to comply with a court order. Any pending motions should be denied, and the case should be closed. A copy of this Report and Recommendation should be sent to plaintiff.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **April 22, 2022,** as noted in the caption.

Dated this 6th day of April, 2022.

J. Richard Creatura
Chief United States Magistrate Judge